IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV416


CLARIANT CORP.                           )
                                         )
              Plaintiff,                 )
                                         )
v.                                       )              **ORDER**
                                         )
RUTGERS ORGANICS CORP, et al.            )
              Defendants.                )


    **THIS MATTER** is before the court upon its own motion.  The above captioned case is hereby continued from the June 6, 2005 term to the September 12, 2005 mixed term of court.

    **IT IS SO ORDERED.**

**Signed: May 25, 2005**

Graham C. Mullen
Chief United States District Judge